JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EARL CHILDS, | No. CV 19-02512-MWF (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| C. PFEIFFER, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that that the petition is dismissed with prejudice.

Dated: May 30, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge